_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 17, 2018

___

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89101
Telephone: (702) 853-0700
Email: kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:  )<br>  )<br>KIMBERLY Y. BUSTAMANTE,  )<br>  )<br>         Debtor(s).  )<br>_____ ) | BK – 17-12353-mkn<br>Chapter 13<br><br>Hearing Date: September 13, 2018<br>Hearing Time: 2:00 p.m. |

**ORDER OF DISMISSAL**

A Motion for Order Dismissing Bankruptcy Proceedings filed by Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

(X)    Attorney for Trustee        ( ) Debtor(s)      (X) Attorney for Debtor(s)     ( ) Other;

and, said Motion having been considered by this Court, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the above-captioned proceedings under Chapter 13 be, and the same hereby is **DISMISSED** for the Debtor(s) failure to:

1

● The Debtor is delinquent in Plan payments causing unreasonable delay that is prejudicial to creditors.  11 U.S.C. § 3107(c)(1)

Submitted by:

/s/   Sarah E. Smith
SARAH E. SMITH, ESQ.
Nevada Bar No. 10762
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
Attorney for the Trustee
Dated:          9/14/2018

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, an attorney submitting this document certifies:

_____     The court has waived the requirement set forth in LR 9021(b)(1).

_____     No party appeared at the hearing or filed an objection to the motion.

   X     I have delivered a copy of this proposed Order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| HAINES & KRIEGER, LLC | Approved: | X |
| --- | --- | --- |
|  | Disapproved: |  |
| /s/   Peter M. Aldous | Failed to Respond: |  |

PETER M. ALDOUS, ESQ.
Nevada Bar No. 011346
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada  89123
Attorneys for the Debtor, Kimberly Y. Bustamante
Dated:          9/14/2018

_____     I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2

###